John W. Truesdell, as Administrator, etc., of John Fitzgerald, Deceased, Respondent, v. Hannie L. Bourke, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Dorilda Bertrand, as Administrator, etc., of Zephelin Bertrand, Deceased, Respondent, v. Hinckley Fibre Company, Appellant.— Judgment corrected upon plaintiff's motion by adding interest to the verdict as provided by section 1904 of the Code of Civil Procedure, and as corrected the judgment and order are affirmed, with costs. All concurred.

William C. Cornwell, Appellant, v. Thomas F. Sanford, Respondent.— Judgment and order affirmed, with costs. All concurred.

John J. Smith, Appellant, v. Brown Brothers Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the finding of the jury that the appearance was not ratified is contrary to and against the weight of the evidence.

Trussed Concrete Steel Company, Respondent, v. Lathrop, Shea & Henwood Company, Appellant, Impleaded with American District Steam Company.— Judgment affirmed, with costs. All concurred.